UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Magistrate Docket No. '21 MJ03760 |
| Plaintiff, ) | |
| ) | |
| v. ) | COMPLAINT FOR VIOLATION OF: |
| ) | Tittle 8, USC 1325(a)(1) Improper |
| ) | Attempted Entry by Alien |
| ) | (Misdemeanor) |
| Ricardo HERNANDEZ-Benavides, ) | |
| ) | Title 18 USC, Sec. 111(a)(1) – Assault |
| ) | on a Federal Officer (Misdemeanor) |
| ) | |
| Defendant. ) | |
| ) | |

The undersigned complainant being, duly sworn, states:

COUNT ONE

On or about September 11, 2021, within the Southern District of California, defendant, Ricardo HERNANDEZ-Benavides, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States at a time and place other than as designated by immigration officers, and committed an overt act, to wit, crossing the border from Mexico into the United States, that was a substantial step towards committing the offense, all in violation of Title 8, United States Code, Section 1325, a misdemeanor.

## COUNT TWO

On or about September 11, 2021, within the Southern District of California, defendant Ricardo HERNANDEZ-Benavides, did intentionally and forcibly assault, a person designated in Title 18 United States Code, Section 1114, to wit a Department of Homeland Security, United States Customs and Border Protection, United States Border Patrol Agent, while the Officer was engaged in the performance of his official duties to wit; throwing rocks at the Officer; in violation of Title 18, United States Code, Section 111(a)(1) a misdemeanor.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Anthony Martinez
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON SEPTEMBER 13, 2021.

_____
HON. DANIEL E. BUTCHER
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
**Ricardo HERNANDEZ-Benavides**

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On September 11, 2021, Border Patrol Agent P. Sormilic was performing assigned duties in the Brown Field Border Patrol Station's area of responsibility. At approximately 8:00 PM, agents were notified by an Autonomous Surveillance Tower operator of a group headed towards an area known to Border Patrol agents as "Bunkers." Agent Sormilic, already being in the vicinity, responded to the area and waited for the group to reach his location. Agent Sormilic was then notified that a single individual was approaching his location. As the individual, later identified as the defendant, Ricardo HERNANDEZ-Benavides, was within five yards of his location, Agent Sormilic identified himself as a Border Patrol Agent and told him to stop. By use of his flashlight, Agent Sormilic distinctly saw that HERNANDEZ was wearing a woodland camouflage shirt, black pants, and had a pink backpack on. HERNANDEZ turned around and ran into a draw, known to Border Patrol agents as the "54 Cut," and away from Agent Sormilic. Agent Sormilic relayed this information to nearby agents and gave chase.

After running for approximately 25 yards, Agent Sormilic saw HERNANDEZ hiding in a bush approximately ten yards from him, at which point in time, HERNANDEZ threw a rock at him. For his own safety, Agent Sormilic drew his gun and notified agents that HERNANDEZ had thrown a "baseball sized" rock at him. Agent Sormilic then commanded HERNANDEZ to put his hands up, but HERNANDEZ again stood up and ran away from him. As HERNANDEZ was running away, he stopped and threw five more baseball sized rocks at Agent Sormilic. HERNANDEZ was repeatedly taunting and whistling at Agent Sormilic while he was trying to locate him.

Agent Sormilic cautiously made his way to the location where HERNANDEZ was hiding and made contact with HERNANDEZ. This area is located approximately five miles east of the Otay Mesa California Port of Entry, and approximately two miles north of the United States/ Mexico International Boundary. For everyone's safety, Agent Sormilic placed HERNANDEZ in handcuffs and proceeded to walk him out of the 54 Cut. Upon their arrival at the Otay Mountain Truck Trail, Agent Sormilic conducted an immigration inspection. HERNANDEZ stated that he is a citizen of Mexico, without any documents that would allow him to enter or remain in the United States legally. At approximately 9:10 PM, Agent Sormilic placed HERNANDEZ under arrest.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant stated

**CONTINUATION OF COMPLAINT:**
Ricardo HERNANDEZ-Benavides

that he is a citizen of Mexico illegally present in the United States. The defendant stated that he illegally entered the United States on September 11, 2021.

**Executed on September 12, 2021 at 9:00 AM.**

_____
Jon D. Bowen
Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 2 pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on September 11, 2021, in violation of 18 USC 111(a)(1), 8 USC 1325(a)(1).

_____           **1:28 PM, Sep 12, 2021**
HON. RUTH B. MONTENEGRO              Date/Time
United States Magistrate Judge